UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| ALLISON DREITH | ) | |
| Appellee/Plaintiff, | ) | Appeal No. 21-3514 |
| v. | ) | |
| GERALD LEYSHOCK, et al., | ) | |
| Appellants/Defendants. | ) | |

**APPELLANTS' FIRST MOTION FOR
EXTENSION OF TIME TO FILE BRIEF AND APPENDIX**

Appellants-Defendants Scott Boyher and City of St. Louis, by and through their undersigned counsel, hereby moves the Court for an extension of time of five days, up to and including February 2, 2022, to file their brief and appendix in this case. In support of their motion, Appellants state as follows:

1. Appellants' brief and appendix are currently due on January 28, 2022.

2. Due to the press of business and other intervening matters, undersigned counsel requires additional time to prepare the brief and appendix in this case. Accordingly, Appellants request an extension of five days, up to and including February 2, 2022, to prepare Appellants' brief and appendix.

3. Appellee-Plaintiff has consented to this request for extension of time.

4. This motion is not being brought to hinder or delay these proceedings or for any other improper purpose.

WHEREFORE, Appellants-Defendants respectfully request an extension of time, up to and including February 2, 2022, to file their brief and appendix in this case.

Respectfully submitted,

SHEENA HAMILTON,
City Counselor

*/s/ Brandon Laird*
Brandon Laird, #65564 (MO)
Associate City Counselor
City Hall
1200 Market Street, Room 314
St. Louis, MO 63103
Tel: (314) 622-4694
Fax: (314) 622-4956
E-mail: lairdb@stlouis-mo.gov

*Attorney for Appellants-Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion for extension of time complies with the word count requirement in that the body of this motion consists of 175 words.

 */s/ Brandon Laird*
Brandon Laird
Associate City Counselor

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, the foregoing Appellants' Motion for Extension to File Brief and Appendix was filed via the Court's electronic filing system and therefore was served on all attorneys of record.

*/s/ Brandon Laird*
Brandon Laird
Associate City Counselor
